# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEONTRAY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> PFEIFFER, *et al.*, <br><br> Defendants. | Case No.: 1:20-cv-01094-AWI-BAM (PC) <br><br> ORDER THAT INMATE CHRISTOPHER DICKSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Michael Deontray Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on April 30, 2021. Inmate Michael Deontray Williams, CDCR #H-93392, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**April 30, 2021**__

UNITED STATES MAGISTRATE JUDGE