# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEONTRAY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. CERVANTES, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01094-AWI-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 29) |

The Court conducted a settlement conference in this action before the undersigned on April 30, 2021, at which the parties reached a settlement agreement. (ECF No. 29.)

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **April 30, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1